EDWARD J. QUINTAL and Others, Respondents, v. OSCAR GREENSTEIN and

Others, Defendants, Impleaded with JACOB MANNE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [142 Misc. 854.]